JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone:    541-419-0074
Fax:          541-593-4452
Email:        jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHERYL LYNN MARTIN, | ) | Case No. 2:18-CV-02911-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to June 24, 2019, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's third request for an extension. It is requested due to the fact that Plaintiff's counsel is running into issues concerning the extensive administrative record, around 2400 pages, and complex issues involving multiple impairments and will not be able to complete the work by the current due date. Plaintiff's counsel regrets any inconvenience this may cause to the Court and to the Defendant.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: May 23, 2019  JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: May 24, 2019  MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Tina L. Naicker*
TINA L. NAICKER
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED. Plaintiff is advised that no further extensions of time will be granted absent extraordinary circumstances.

Dated: May 29, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE